## RAY v. STATE.
### No. 16808.

Court of Criminal Appeals of Texas.
May 23, 1934.

Bozeman & Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for manufacturing intoxicating liquor, punishment assessed at four years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## HOLFORD v. STATE.
### No. 16747.

Court of Criminal Appeals of Texas.
May 23, 1934.

J. T. Ranspot, of Mineral Wells, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile on a public highway while appellant was intoxicated, punishment assessed at a fine of $100.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.